1  ANDREW T. KOENIG, State Bar No. 158431
2  Attorney at Law
3  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
4  Telephone: (805) 653-7937
5  Facsimile: (805) 653-7225
   E-Mail: andrewtkoenig@hotmail.com
6
7  Attorney for Plaintiff Maria Anguiano Mejia
8
9            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
10                 WESTERN DIVISION
11
12 MARIA ANGUIANO MEJIA,            ) CASE NO. CV 20-00449-PD
                                    )
13        Plaintiff,                ) ORDER
                                    ) AWARDING ATTORNEY'S
14                                  ) FEES AND COSTS PURSUANT
       v.                           ) TO THE EQUAL ACCESS TO
15                                  ) JUSTICE ACT, 28 U.S.C.
16                                  ) § 2412(d)
   ANDREW SAUL,                     )
17 COMMISSIONER OF SOCIAL           )
18 SECURITY,                        )
                                    )
19        Defendant.                )
20
21     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
22 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to
23
24 Justice Act in the amount of THREE -THOUSAND FIVE-HUNDRED FIFTY
25 DOLLARS and 83 CENTS ($3,550.83), as authorized by 28 U.S.C. § 2412(d), and
26 Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS
27
28 ($400.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of

1 | FOUR-HUNDRED DOLLARS and NO CENTS, pursuant to 28 U.S.C. § 1920

2 | subject to the terms of the Stipulation.

3

4 | Dated: June 10, 2020          _____PATRICIA DONAHUE_____
                                    UNITED STATES MAGISTRATE JUDGE